USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
BONNIE SCHNEIDER

                        Plaintiff,

-against-

CUDDEBACKVILLE FIRE DEPARTMENT;
CUDDEBACKVILLE FIRE DISTRICT; TOWN OF
DEERPARK; CHRIS SIBILIA, sued in his individual
capacity

                      Defendants.
----------------------------------------------------------x

Docket No. 11 CV 01499 (KMK)

**STIPULATION OF DISCONTINUANCE**

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Court.

     This stipulation may be signed in counterparts and facsimile signatures shall have the same force and effect as originals

Dated: August 24, 2011

Stephen Bergstein, Esq.
BERGSTEIN & ULLRICH, LLP
Attorneys for Plaintiff
15 Railroad Avenue
Chester, New York 10918
(845) 469-1277

Adam L. Rodd, Esq.
DRAKE LOEB HELLER KENNEDY
GOGERTY GABA & RODD, PLLC
Attorneys for Defendant
TOWN OF DEER PARK
555 Hudson Valley Avenue, Suite 100
New Windsor, New York 12553
(845) 561-0550

SO ORDERED:

KENNETH M. KARAS, U.S.D.J.

Peter L. Contini, Esq.
L'ABBATE, BALKAN, COLAVITA
& CONTINI, LLP
Attorneys for Defendants
CUDDEBACKVILLE FIRE DEPARTMENT
and CUDDEBACKVILLE FIRE DISTRICT
1001 Franklin Avenue, Third Floor
Garden City, New York 11530
(516) 294-8844

Robert N. Isseks
Attorney for Defendant
CHRIS SIBILIA
6 North Street
Middletown, New York 10940
(845) 344-4322

Date: 10/11/11

Dated: August 24, 2011

*[signature]*

Stephen Bergstein, Esq.
BERGSTEIN & ULLRICH, LLP
Attorneys for Plaintiff
15 Railroad Avenue
Chester, New York 10918
(845) 469-1277

*[signature]*

Peter L. Contini, Esq.
L'ABBATE, BALKAN, COLAVITA
 & CONTINI, LLP
Attorneys for Defendants
CUDDEBACKVILLE FIRE DEPARTMENT
and CUDDEBACKVILLE FIRE DISTRICT
1001 Franklin Avenue, Third Floor
Garden City, New York 11530
(516) 294-8844

Adam L. Rodd, Esq.
DRAKE LOEB HELLER KENNEDY
GOGERTY GABA & RODD, PLLC
Attorneys for Defendant
TOWN OF DEER PARK
555 Hudson Valley Avenue, Suite 100
New Windsor, New York 12553
(845) 561-0550

Robert N. Isseks
Attorney for Defendant
CHRIS SIBILIA
6 North Street
Middletown, New York 10940
(845) 344-4322

SO ORDERED:

_____
KENNETH M. KARAS, U.S.D.J.

Date: _____